IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**PATRICIA BRUCE**                                                                                                    **PLAINTIFF**

**v.**                                                              CIVIL ACTION NO. 5:23-cv-98-DCB-FKB

**JEFFERSON COUNTY HOSPITAL**                                                         **DEFENDANT**

**COMPLAINT**
**JURY TRIAL DEMANDED**

**COMES NOW** the Plaintiff, Patricia Bruce, by and through counsel, Watson & Norris, PLLC, and files this action to recover damages for violations of her rights pursuant to the Age Discrimination in Employment Act of 1967, as amended (ADEA), for age discrimination against the Defendant, Jefferson County Hospital. In support of this cause, the Plaintiff would show unto the Court the following facts to-wit:

**THE PARTIES**

1.  Plaintiff, Plaintiff, is an adult female who resides in Jefferson County, Mississippi.

2.  Defendant, Jefferson County Hospital, may be served with process by serving the Administrator, Linda St. Julien, 870 Main Street, Fayette, Mississippi 39069.

**JURISDICTION AND VENUE**

3.  This Court has federal question and civil rights jurisdiction for a cause of action arising under the Age Discrimination in Employment Act of 1967, as amended (ADEA).

4.  This Court has subject matter and personal jurisdiction over the Defendant and venue is proper in this Court.

5.  Plaintiff timely filed his Charge of Discrimination with the EEOC on August

1

23, 2023, a true and correct copy of which is attached as Exhibit "A." The EEOC issued a Notice of Right to Sue on September 20, 2023, a true and correct copy of which is attached as Exhibit "B." Plaintiff timely files this cause of action within ninety (90) days of receipt of her Notice of Right to Sue.

## STATEMENT OF FACTS

6. Plaintiff is a 59-year-old black female resident of Jefferson County, Mississippi.

7. On December 30, 2005, Plaintiff was hired at Jefferson County Hospital as the Purchasing Clerk/Purchasing Director.

8. On or around July 25, 2023, Plaintiff issued a grievance letter to Ms. Dominicia Brown, a human resources representative, about being bullied.

9. Plaintiff contends that when she read the letter to Ms. Brown and the administrator, Ms. Linda St. Julien, Ms. St. Julien informed her that they had terminated her, Ms. Brown, on the previous day.

10. However, Ms. Brown contends that the administrator was not present at work on the previous day and was never notified that she had been terminated on the previous day.

11. Around July 2023, another female employee, Ms. Louetta Parker (black female in her mid-30s), was taken out of Medical Records and placed over Plaintiff as the new Purchasing Director at Jefferson County Hospital.

12. On August 17, 2023, Plaintiff received a letter from the office (will be sending along with a copy of the grievance letter).

13. Plaintiff's position has since been replaced by Ms. Louetta Parker, a

female in her mid-30s.

14. Plaintiff contends that she was not paid the full amount of hours owed, including her PTO, when terminated.

15. Plaintiff has pressed charges in Justice Court because they accused her of threatening an employee for terminating her.

## CAUSE OF ACTION

### COUNT I: VIOLATION OF THE AGE DISCRIMINATION IN EMPLOYMENT ACT – AGE DISCRIMINATION (ADEA)

16. Plaintiff re-alleges and incorporates all averments set forth in paragraphs 1 through 15 above as if fully incorporated herein.

17. As described in more detail above, Defendant has discriminated against Plaintiff because of her age which constitutes a violation of the Age Discrimination in Employment Act of 1967, as amended.

18. As a result, Plaintiff has suffered lost wages, benefits and other pecuniary losses.

19. The unlawful actions of Defendant complained of above were willful and taken in reckless disregard of the statutory rights of Plaintiff, thus entitling Plaintiff to liquidated damages pursuant to the ADEA.

## PRAYER FOR RELIEF

**WHEREFORE PREMISES CONSIDERED,** Plaintiff respectfully prays that upon hearing of this matter by a jury, the Plaintiff be granted the following relief in an amount to be determined by the jury:

1. Back wages;
2. Reinstatement
3. Future wages in lieu of reinstatement;

4. Liquidated damages;
5. Attorney fees;
6. Lost benefits;
7. Pre-judgment and post-judgment interest;
8. A tax gross-up and all make whole relief;
9. Costs and expenses; and
10. Such further relief as is deemed just and proper.

THIS the 8th day of November 2023.

                              Respectfully submitted,

                              PATRICIA BRUCE, Plaintiff

By:    /s/Louis H. Watson, Jr.
         Louis H. Watson, Jr.  (MB# 9053)
         Nick Norris (MB# 101574)
         Attorneys for Plaintiff

OF COUNSEL:

WATSON & NORRIS, PLLC
4209 Lakeland Drive # 365
Flowood, MS 39232-9212
Telephone: (601) 968-0000
Facsimile: (601) 968-0010
Email: louis@watsonnorris.com
Web:  www.watsonnorris.com

4