IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

PATRICIA BRUCE                                                                    PLAINTIFF

V.                                               CIVIL ACTION NO. 5:23-cv-98-DCB-ASH

JEFFERSON COUNTY HOSPITAL                                            DEFENDANT

## ORDER OF DISMISSAL

The parties have announced to the Court a settlement of this case. The Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket:

IT IS, THEREFORE, ORDERED that this case is hereby dismissed with prejudice as to all parties.

SO ORDERED, this the __25th__ day of October 2024.

s/David Bramlette
UNITED STATES DISTRICT JUDGE